```
W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant ENRIQUE LOPEZ
```

FILED

AUG 16 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ENRIQUE LOPEZ, et al.<br><br>　　　　　Defendants. | No. 1:19-CR-0014-DAD-BAM<br><br>**DEFENDANT ENRIQUE LOPEZ' REQUEST TO SEAL THE NOTICE OF MOTION AND MOTION FOR DISCOVERY AND INSPECTION ORDER** |

　　　　Defendant Enrique Lopez respectfully requests that the Court seal his Notice of Motion and Motion for Discovery and Inspection. The Motion for Discovery and Inspection contains information which the Court has previously ordered sealed in this case (Doc. 59). Therefore, Defendant Enrique Lopez requests that the Notice of Motion and Motion for Discovery and Inspection be ordered sealed.

Dated: August 16, 2019　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/ W. Scott Quinlan
　　　　　　　　　　　　　　　　　　　　　　　W. Scott Quinlan, Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　ENRIQUE LOPEZ

///

1

**ORDER**

Good Cause Appearing:

**IT IS HEREBY ORDERED** that the Notice of Motion and Motion for Discovery and Inspection be sealed, pending further order of the Court.

**IT IS SO ORDERED**

Dated: 8/16/15

Honorable Barbara A. McAuliffe
United States District Court Magistrate

The hearing for this motion is set for September 9, 2019 at 1:00 pm in Dept 8.

The clerk of the court is directed to serve a copy of this order and motion on all counsel in this case.

BAM

2