W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant ENRIQUE LOPEZ

FILED

AUG 28 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:19-CR-0014 DAD-BAM |
|---|---|
| Plaintiff, | **DEFENDANT ENRIQUE LOPEZ' REQUEST TO SEAL THE REPLY TO OPPOSITION TO HIS MOTION FOR DISCOVERY AND INSPECTION ORDER** |
| v. | |
| ENRIQUE LOPEZ, et al. | |
| Defendants. | |

Defendant Enrique Lopez respectfully requests that the Court seal his Reply to Opposition to His Motion for Discovery and Inspection. The Reply to Opposition to His Motion for Discovery and Inspection contains information which the Court has previously ordered sealed in this case (Doc. 59). The Court has previously ordered sealed Defendant's initial motion for discovery and the government's response to that motion.

Therefore, Defendant Enrique Lopez requests that his Reply to Opposition to His Motion for Discovery and Inspection be ordered sealed.

Dated: August 28, 2019                                          Respectfully submitted,

/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for Defendant
ENRIQUE LOPEZ

1

**ORDER**

Good Cause Appearing:

**IT IS HEREBY ORDERED** that Defendant Enrique Lopez' Reply to Opposition to His Motion for Discovery and Inspection be sealed, pending further order of the Court.

**IT IS SO ORDERED**

Dated: 8/28/19

Honorable Barbara A. McAuliffe
United States District Court Magistrate