McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00014-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING ON DISCOVERY MOTION |
| v. | |
| ENRIQUE ARGUETA LOPEZ, ET AL., | |
| Defendants. | |

**STIPULATION**

On August 16, 2019, defendant Enrique Lopez filed a Motion for Discovery. The hearing on the Motion for Discovery is currently set for September 9, 2019. Counsel for the government is unavailable on that date, and therefore the parties hereby stipulate to continue the hearing to September 23, 2019, at 1:00 p.m.

IT IS SO STIPULATED.


Dated: August 30, 2019                          McGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ ROSS PEARSON
                                                ROSS PEARSON
                                                Assistant United States Attorney

1

Dated: August 30, 2019 /s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN
Counsel for Defendant
Enrique Argueta Lopez
(Authorized by email on August 30, 2019)

**ORDER**

IT IS SO ORDERED that the Motion for Discovery is continued from September 9, 2019 to September 23, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **September 3, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE